UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD SHARIFI,

         Plaintiff,

    v.

ELITE LINE SERVICES, LLC, et al.,

         Defendants.

Case No.  C15-3677 RS

ORDER RE: ATTENDANCE AT MEDIATION

Date:  February 16, 2016
Mediator:  Baldwin Lee

     IT IS HEREBY ORDERED that the request to excuse Mr. Michael Caldwell, defendant's insurance representative, from appearing in person at the February 16, 2016, mediation before Baldwin Lee is GRANTED.  The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

     **IT IS SO ORDERED**.

Dated: January 27, 2016

_____
Maria-Elena James
United States Magistrate Judge

United States District Court
Northern District of California