United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD SHARIFI,

    Plaintiff,

    v.

ELITE LINE SERVICES, LLC, et al.,

    Defendants.

Case No.  15-cv-03677-RS

**STANDBY ORDER OF DISMISSAL**

    The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 25, 2016**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 5, 2016, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated: March 25, 2016

_____
Richard Seeborg
United States District Judge