**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMAD SHARIFI, an individual, | Case No: 15-cv-03677-RS |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| ELITE LINE SERVICES, LLC, a limited liability company; KEN FOWLER an individual; and PATTY NIEKAMP, an individual, | |
| Defendants. | |

1   THE COURT, having considered the parties' joint stipulation for the dismissal of this
2   action, with prejudice, and good cause appearing therefor;
3   IT IS ORDERED that this action is dismissed with prejudice; and
4   IT IS FURTHER ORDERED that each party shall bear his or her own costs and attorneys'
5   fees incurred in this action.

7   IT IS SO ORDERED

10  DATED: 4/12/16

RICHARD SEEBORG
United States District Judge